# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: EDWARD C. MALLOY, <br><br> Debtor. <br><br>_____ <br><br> DEBORAH and EDWARD MALLOY, <br><br> Appellants, <br><br> v. <br><br> J&V DEVELOPERS, INC., <br><br> Appellee. | BANKRUPTCY NO. 14-17727 <br><br> CIVIL ACTION NO. 19-6004 <br> CIVIL ACTION NO. 19-6006 |

## ORDER

**AND NOW**, this 11th day of May, 2022, upon consideration of: (1) the Certificate of Appeal from an Order entered by the Honorable Eric L. Frank, United States Bankruptcy Court Judge for the Eastern District of Pennsylvania (No. 19-6004, ECF No. 1; No. 19-6006, ECF No. 1); (2) Appellants' Joint Brief with Appendix (No. 19-6004, ECF No. 5); (3) Appellant Deborah Malloy's Brief with Appendix (No. 19-6006, ECF No. 4); (4) Appellee's Brief (No. 19-6004, ECF No. 9; No. 19-6006, ECF No. 8); (5) Appellant's Reply Brief (No. 19-6004, ECF No. 10; No. 19-6006, ECF No. 9); (6) Appellant's Motion to Compel Reporting of Serious Judicial Misconduct (No. 19-6004, ECF No. 11; No. 19-6006, ECF No. 10); and (7) the designated record on appeal (No. 19-6004, ECF No. 3; No. 19-6006, ECF No. 2), **IT IS HEREBY ORDERED AND DECREED** that the Bankruptcy Court's Decision is **AFFIRMED**.[1]

                              **BY THE COURT**:

                              /s/ Petrese B. Tucker
                              _____
                              **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated May 11, 2022.